JS - 6

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE COURTHOUSE

RICARDO DAVILA, an individual,              Case No. EDCV10-01207 R(OPx)

                    Plaintiff,

v.                                          **ORDER REMANDING ACTION**

JEREMY WILLIS, an individual; CR
ENGLAND, INC., a business entity,
form unknown, and DOES 1 to 20,
inclusive

                    Defendants.
_____/

        Plaintiff and defendants stipulate that this case should be remanded to state court, so that the three related actions filed separately can be consolidated to conserve judicial and party resources. Accordingly, the Court hereby Remands defendants' action to the Superior Court of California, County of Riverside for further proceedings.

**IT IS SO ORDERED**

Dated: 09/27/10                  _____
                                 Manuel L. Real
                                 United States District Judge